UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **JOAN RENEE WILDER**, <br><br> Plaintiff, <br><br> vs. <br><br> **COMMISSIONER OF SOCIAL SECURITY**, <br><br> Defendant. | 2:18-CV-10963-TGB <br><br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

This matter is before the Court on Magistrate Judge Anthony P. Patti's July 8, 2019 Report and Recommendation (ECF No. 20), recommending denying Plaintiff's Motion for Summary Judgment (ECF No. 16), granting Defendant's Motion for Summary Judgment (ECF No. 17) and affirming the Commissioner's finding.

The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of a report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "*de novo* determination of those portions of the report . . . to

which objection is made." *Id.* Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will therefore accept the Magistrate's Report and Recommendation of July 8, 2019 as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Patti's Report and Recommendation of July 8, 2019 is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (ECF No. 16) is **DENIED**, Defendant's Motion for Summary Judgment (ECF No. 17) is **GRANTED**, and the case is **DISMISSED**.

**SO ORDERED.**

DATED: July 26, 2019.

BY THE COURT:


/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge